IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KENNETH MOXON                                                                                   PLAINTIFF

V.                                                              CIVIL ACTION NO. 4:20-CV-00186-DAS

BURL CAIN                                                                                        DEFENDANT

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court takes up, *sua sponte*, the dismissal of this cause. On October 19, 2020, Plaintiff Kenneth Moxon, proceeding *pro se*, filed a complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. Subsequently, on October 26, 2020, the Court entered an order setting this matter for a *Spears* hearing. Doc. # 6. The order required Plaintiff to keep the court apprised of his current address, and cautioned that his failure to do so could result in the dismissal of this case. *Id.* Despite this warning, Plaintiff failed to comply. *See* Doc. # 11 (mail returned undeliverable). This case is therefore **DISMISSED without prejudice** for failure to prosecute and for failure to comply with an order of the court under Federal Rule of Civil Procedure 41(b).

**SO ORDERED** this, the 26th day of January, 2021.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**